RECEIVED
IN MONROE, LA

JAN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PIKE ELECTRIC CORP., ET AL. | CIVIL ACTION NO. 06-0757 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALEX GRAHAM, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 28], noting the absence of objections thereto, and finding that the Magistrate Judge's findings are supported by the law and record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' motion to transfer venue [Doc. No. 5] is GRANTED, and this case is transferred to the United States District Court for the Southern District of Texas, McAllen Division.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion to Strike Jury Demand is DENIED AS MOOT.

MONROE, LOUISIANA, this 25 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE